UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES LANE, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV2080 RWS |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant's motion to compel initial disclosures. The motion will be denied without prejudice for failure to comply with Local Rule 3.04, which requires motions relating to disclosure to contain "a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so, but that after sincere efforts to resolve their dispute, counsel are unable to reach an accord." The local rule also requires movant to "recite the date, time and manner of such conference, and the names of the individuals participating therein, or shall state with specificity the efforts made to confer with opposing counsel."

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#28] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2008.